FILED'05 DEC 21 11:17USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | CR No. 05-501 BR |
| --- | --- | --- |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| WARREN DEAN WALLULATUM, JR., | ) | [18 U.S.C. §§ 922(g)(1), 924(d) and 28 |
| | ) | U.S.C. § 2461(c)] |
| **Defendant.** | ) | |

## THE GRAND JURY CHARGES:

### COUNT 1

On or about November 13, 2004, in the District of Oregon, WARREN DEAN WALLULATUM, JR. defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. Felony attempt to elude a police officer, on or about January 25, 2001, in the Circuit Court of the State of Oregon for the County of Jefferson, Case No. 99CR0125;

did unlawfully and knowingly possess the following firearm:

(1) a Jennings .380 pistol, Model T380, serial number 1269874;

which had previously been transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

Upon conviction of one of the offense alleged in Count 1 of this Indictment, defendant WARREN DEAN WALLULATUM, JR. shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Jennings .380 pistol, Model T380, serial number 1269874, and all ammunition.

Dated this 21 day of December 2005.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

BILLY J. WILLIAMS, OSB #90136
Assistant United States Attorney

Page 2 -    INDICTMENT