FBI

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RECEIVED US MARSHAL
05 DEC 21 PM 2:51
PORTLAND, OREGON

UNITED STATES OF AMERICA

FILED '05 DEC 22 13:21 USDC-ORP

V.

## WARRANT FOR ARREST

WARREN DEAN WALLULATUM, JR.

Case Number: CR. 05-501 BR

To:  The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>WARREN DEAN WALLULATUM, JR.</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

<u>X</u>  Indictment   __ Information   __ Order of Court   __ Violation Notice   __ Probation Violation Petition

charging him or her with:  FELON IN POSSESSION OF A FIREARM

in violation of Title <u>18</u> United States Code, Section(s) <u>922(g)(1)</u>

<u>Donald M. Cinnamond</u>
Name of Issuing Officer

<u>/s/ J. Raun</u>
Signature of Issuing Officer
J. Raun, Deputy Clerk

<u>Clerk, US District Court</u>
Title of Issuing Officer

<u>December 21, 2005, Portland, Oregon</u>
Date and Location

Bail fixed at $ <u>Detention Requested</u>

by <u>DONALD C. ASHMANSKAS, MAGISTRATE JUDGE</u>
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at <u>NOR COR Jail By FBI & BIA brght to USMS for IA before Duty Mag Court</u> |||
| Date Received<br>2005/21/Dec<br>2005/22/Dec<br>Date of Arrest | Name and Title of Arresting Officer<br>James A. Betita 1811 series Dpty | Signature of Arresting Officer<br>/s/ JA Betita |