# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05-501-BR |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| WARREN WALLULATUM, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Based on the government's motion filed pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the indictment filed on December 21, 2005, in the above-entitled case be dismissed.

IT IS SO ORDERED this 27th day of January, 2006.

_____
THE HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
BILLY J. WILLIAMS, OSB #90136
Assistant U.S. Attorney